UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:17-cv-0508 AC P |
| Plaintiff, | |
| v. | ORDER |
| KORY L. HORNEA, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 20, 2017, plaintiff was directed to submit an application to proceed in forma pauperis. ECF No. 4. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 5. Plaintiff has not, however, filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the certified copy in support of her application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her prison trust account

////

////

////

1

statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 4, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE