UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:17-cv-0508 AC P |
| Plaintiff, | |
| v. | ORDER |
| KORY L. HORNEA, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed April 5, 2017, plaintiff was directed to submit a copy of her prison trust account statement for the six-month period immediately preceding the filing of the complaint. ECF No. 7. Based upon the letters attached to plaintiff's most recent motion to proceed in forma pauperis, it appears that there may be some miscommunication between plaintiff and the jail's accounting department regarding the documentation that plaintiff needs to provide the court. ECF No. 9 at 3-4.

Plaintiff does not need to provide the court with another certificate summarizing her average balance and deposits. She needs to provide a certified copy of her inmate account transactions statement for the past six months. In other words, she needs to provide the account statement that shows all of the transactions that have taken place over the past six months, just

1

like a regular bank statement.  Plaintiff will be provided another opportunity to submit a certified copy of her prison trust account statement and should provide a copy of this order with her request for a certified statement in order to help ensure she gets the correct document.

Plaintiff has also filed a notice advising the court that three other inmates are no longer participating in this lawsuit.  ECF No. 8.  Plaintiff is advised that she is not authorized to represent anyone but herself and she is the only plaintiff in this case.  If the other individuals want to pursue claims, they must file their own lawsuits.  If plaintiff and the other individuals identified in the complaint want to try and bring a class action, they must be represented by an attorney.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her prison trust account statement showing all transactions for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice.

DATED: May 2, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE