UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KORY L. HONEA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0508 KJM AC P<br><br><br>ORDER |

　　　Plaintiff is a former county and current state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to compel discovery. ECF No. 58. However, a Discovery and Scheduling Order has yet to be entered in this case, making any discovery and motions to compel premature. Defendants may re-serve any unanswered requests for discovery once discovery opens, and the motion to compel will therefore be denied without prejudice to renewal should plaintiff once again fail to respond to discovery requests once discovery opens. By separate order, the undersigned will set a schedule for discovery in this case.

　　　Accordingly, IT IS HEREBY ORDERED that defendants' motion to compel, ECF No. 58, is DENIED without prejudice.

DATED: July 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE