UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW, | No. 2:17-cv-0508 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| KORY L. HONEA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a document styled as a motion to object to defendants' subpoena of her records from the prison. ECF No. 61. The motion will be construed as a motion to quash the subpoena.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to object, ECF No. 61, is construed as a motion to quash.

2. Defendants shall file a response to the motion within twenty-one days of the service of this order. Plaintiff may file a reply within fourteen days of the service of the response.

DATED: August 11, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1