UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Marie Perez,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kory L. Honea, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-00508 KJM AC<br><br>ORDER |

The court previously adopted the Magistrate Judge's recommendation to grant summary judgment to defendants and close the case. *See* F&Rs, ECF No. 91, *adopted*, ECF No. 95; *see also* Judgment, ECF No. 96. Plaintiff is currently pursuing an appeal. *See* Not. Appeal, ECF No. 97. She now seeks leave to amend her complaint to change her last name from Belyew to Perez; she proposes no other amendments. *See* Mot., ECF No. 100.

The Clerk of Court is instructed to update the docket of this action to refer to plaintiff as "Lisa Marie Perez." The court finds it has jurisdiction to grant that relief. *See Brennan v. Opus Bank*, 796 F.3d 1125, 1134 (9th Cir. 2015) ("Final judgment and even the filing of a notice of appeal does not divest a district court of its jurisdiction over matters ancillary to the appeal . . . ."). The motion for leave to amend is granted in part to that extent and otherwise denied.

/////

1        IT IS SO ORDERED.

2    DATED:  January 16, 2024.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE