UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Marie Perez, | No. 2:17-cv-00508-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Kory L. Honea, et al., | |
| Defendants. | |

On December 22, 2023, this court adopted the magistrate judge's findings and recommendations granting defendants' motion for summary judgment. Prior Order, ECF No. 95. Petitioner has appealed this court's decision, *see* Notice of Appeal, ECF No. 97, and now moves for appointment of counsel, Mot., ECF No. 103. While 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require," *see* Rule 8(c), Fed. R. Governing § 2254 Cases, a person has no right to counsel in a civil case, *see Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). The court does not find that the interests of justice would be served by the appointment of counsel to represent petitioner in this action. Accordingly, the motion is **denied**.

This order resolves ECF No. 103.

IT IS SO ORDERED.

DATED: February 20, 2024.

CHIEF UNITED STATES DISTRICT JUDGE